UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-09164-GW-SHK | Date: | March 23, 2021 |
| Title: | *Anthony Eugene Moore v. Andrew Saul* | | |

Present: The Honorable   Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**   Order To Show Cause

      On October 6, 2020, Plaintiff Anthony Eugene Moore ("Plaintiff"), filed a Complaint ("Complaint" or "Compl.") seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner" or "Defendant"). Electronic Case Filing Number ("ECF No.") 1, Compl. On October 8, 2020, the Court issued its Case Management Order ("CMO") in which the Court set the litigation deadlines for the parties. ECF No. 9, CMO. Pursuant to the CMO, Defendant was required the serve the certified administrative record ("CAR") on Plaintiff and electronically file a notice of service of the CAR with the Court by January 18, 2021.

      However, pursuant to the Order of the Chief Judge 20-074 ("Order 20-074")[1] that was issued on April 17, 2020, all deadlines were stayed until "the Commissioner of Social Security either: (a) files a proof of service showing service of the CAR on Plaintiff; or (b) files the CAR directly with the District Court." Consequently, but for Order 20-074, Defendant would have been required to serve the CAR on Plaintiff, and file notice of service of the CAR on Plaintiff with the Court, over two month ago on January 18, 2021. On February 26, 2021, the Court ordered Defendant to, by no later than March 4, 2021, file a status report regarding the status of the preparation and service of the CAR on Plaintiff. ECF No. 12, Order Re: Status of CAR.

/ / /

/ / /

---

[1] See United States District Court, Central District of California, Order 20-074, https://www.cacd.uscourts.gov/sites/default/files/documents/Order_20-074.pdf (last accessed Feb. 23, 2021).

As of the date of this order, Defendant has not provided a status report as ordered. Accordingly, Defendant is ordered to show cause ("OSC") by **March 31, 2021** why Defendant should not be sanctioned for failure to follow Court orders. Defendant can satisfy this OSC by filing a status report with the Court as previously ordered by the above date.

**IT IS SO ORDERED.**